**No. 60013.**—Gorman-Anderson Corp. and Sintered Carbide Corp. et al. v. United States, protests 188046–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horseshoe studs the same in all material respects as those

the subject of *Gorman-Anderson Corp. and Sintered Carbide Corp.* v. *United States* (34 Cust. Ct. 35, C. D. 1674), the claim of the plaintiffs was sustained.